Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
 tfriedman@toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLON BROWN, | ) Case No. |
| | ) |
| Plaintiff, | ) 5:23-cv-02151-MEMF-SHK |
| | ) |
| vs. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| EQUIFAX INFORMATION SERVICES, LLC; | ) |
| | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF, by and through his attorney, and hereby notifies the Court that he has reached a settlement as to Plaintiff's claims against Defendant. Plaintiff and Defendant anticipate they will be able to submit a Stipulation of Dismissal with Prejudice within 60 days.

Dated**:** September 6, 2024

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 6, 2024, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on September 6, 2024.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiffs